# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Russell Earl Miller,

       Petitioner,

vs.

United States of America,

       Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cv-453-RJC
(3:04-cr-256)

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2009 Order.

       Signed: October 21, 2009

       Frank G. Johns, Clerk
       United States District Court